ORIGINAL

**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

04-00601

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
(Name of attorney of record)

on behalf of By Design LLC in the matter of By Design LLC v United States of America,

Court No. ______________________

1 If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company

N/A

2. Indicate whether the party on whose behalf this Form is being filed is [ X] or is not [_] the real party in interest. If not, identify below the real party in interest

3 If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association (Attach additional pages if necessary)

N/A

Steven P. Florsheim

11-24-04
(Date)

**SEE REVERSE SIDE**

(Added Nov 4, 1981, eff Jan 1, 1982, as amended Dec. 18, 2001, eff. Apr. 1, 2002)

312063_1

RECEIVED & FILED
2004 NOV 30 A 11:55
U.S. COURT OF
INTERNATIONAL TRADE
LEO M. GORDON, CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING-TO WIT 11-29-04